IN RE GALL.

[Cite as In re Gall (1989), 47 Ohio St. 3d 612.]

(No. 89-1836 — Submitted November 22, 1989 — Decided December 6, 1989.)

In view of John W. Gall's resignation from the practice of law (see [1989], 46 Ohio St. 3d 603, 545 N.E. 2d 898), this cause, in which an indefinite suspension from the practice of law is sought pursuant to Gov. Bar R. V(9)(a)(iii), is dismissed as moot.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

OFFICE OF DISCIPLINARY COUNSEL *v.* SMAKULA.

[Cite as Disciplinary Counsel *v.* Smakula (1989), 47 Ohio St. 3d 612.]

(No. D.D. 88-6 — Submitted November 22, 1989 — Decided December 6, 1989.)

The application for reinstatement to the practice of law is granted. Michael John Smakula is reinstated to the practice of law in the state of Ohio. (For earlier case, see [1988], 39 Ohio St. 3d 143, 529 N.E. 2d 1376.)

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

IN RE RESIGNATION OF FRIEND.

IN RE FRIEND.

[Cite as In re Resignation of Friend (1989), 47 Ohio St. 3d 612.]

(Nos. 89-1830 and 89-910—Submitted November 22, 1989 —Decided December 6, 1989.)

The resignation of Ronald E. Friend as an attorney is accepted in case No. 89-1830. In view of Friend's resignation from the practice of law, case No. 89-910, in which an indefinite suspension from the practice of law was ordered pursuant to Gov. Bar R. V(9)(a)(iii), is dismissed as moot.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.